*B&N File # 15187.3AS*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY (Newark)

| | | |
|---|---|---|
| **SAMUEL RICHARDSON JR. on behalf of Himself and others similarly situated** | : | **2:18-cv-16407 (ES)(CLW)** |
| Plaintiff | : | SO ORDERED. |
| vs. | : | |
| **NES GEORGIA INC-TRM and G.L.A. COLLECTION COMPANY, INCORPORATED and DOES 1-10, inclusive** | : | Hon. Esther Salas, U.S.D.J. Dated: June 18, 2020 |
| Defendants | : | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, *pro se* and undersigned counsel for Defendants NES Georgia-TRM and GL.A. Collection Company, Incorporated in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: June 17, 2020

**Barron & Newburger, P.C.**
_____*s/Mitchell L. Williamson*____
Mitchell L. Williamson, Esq.
458 Elizabeth Ave - Suite 5371
Somerset, N.J. 08873
Phone: (732) 328-9480
mwilliamson@bn-lawyers.com
**Attorneys for Defendant,**
**NES Georgia-TRM and**
**GL.A. Collection Company, Incorporated**

Samuel Richardson, Jr.
279 Roanoke Street - Apartment #279
Woodbridge, New Jersey 07095
Phone: (732) 261-3140
understanding750@gmail.com
**Plaintiff, *pro se***